1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

NICOLE M. JENKINS,

Case No. C10-891-RAJ

11

Plaintiff,

12

ORDER REMANDING CASE

v.

13
14

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

15
16

Defendant.

17
18        The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19   papers and exhibits filed in support and opposition thereto, the Report and Recommendation

20   (Dkt. # 18) of the Honorable James P. Donohue, United States Magistrate Judge, and the

21   balance of the record, does hereby find and ORDER:

22        (1)      The Court adopts the Report and Recommendation.

23        (2)      The final decision of the Commissioner is REVERSED and this case is

24   REMANDED to the Social Security Administration for further proceedings not inconsistent

25   with the Report and Recommendation.

26

ORDER REMANDING CASE
PAGE - 1

1        (3)     The Clerk of the Court is directed to send copies of this Order to the parties and

2  to Judge Donohue.

3        DATED this 22nd day of February, 2011.

The Honorable Richard A. Jones
United States District Judge

ORDER REMANDING CASE
PAGE - 2